1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   VIRGIL E. HOLT,                                    CASE NO. 1:09-cv-00800 AWI DLB PC

10              Plaintiff,                             ORDER FINDING SERVICE OF COMPLAINT
                                                       APPROPRIATE, AND  FORWARDING
11       v.                                            SERVICE DOCUMENTS TO PLAINTIFF FOR
                                                       COMPLETION AND RETURN WITHIN
12   R. NICHOLAS, et al.,                              THIRTY DAYS

13              Defendants.                            (Doc. 1)

14

15
                                              /
16

17        Plaintiff Virgil E. Holt ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May

19   4, 2009.  The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and found that

20   it states a claim against Defendants R. Nicholas, A. Holgen, J. Ortega, L. Machado, J. Juden, R.

21   Valverde, F. Rivera, G. Adame, D. Coontz, M. Bubbel, Dr. Vo, Crouch, Tyree, Knight, Pinkerton,

22   Valasco, Large, Soto, Worrell, Yubeta, K. Prior, D. Zanchi and M. Carrasco for violation of the

23   Eighth Amendment.  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200

24   (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008).  Accordingly, it is HEREBY

25   ORDERED that:

26        1.      Service shall be initiated on the following defendants:

27                  R. Nicholas

28                  A. Holgen

1

1   J. Ortega

2   L. Machado

3   J. Juden

4   R. Valverde

5   F. Rivera

6   G. Adame

7   D. Coontz

8   M. Bubbel

9   Dr. Vo

10   Crouch

11   Tyree

12   Knight

13   Pinkerton

14   Valasco

15   Large

16   Soto

17   Worrell

18   Yubeta

19   K. Prior

20   D. Zanchi

21   M. Carrasco

22   2.   The Clerk of the Court shall send Plaintiff twenty-three (23) USM-285 forms,

23   twenty-three (23) summonses, a Notice of Submission of Documents form, an

24   instruction sheet and a copy of the complaint filed May 4, 2009.

25   3.   Within **thirty (30) days** from the date of this order, Plaintiff shall complete the

26   attached Notice of Submission of Documents and submit the completed Notice to the

27   Court with the following documents:

28   a.   Completed summons;

2

b.      One completed USM-285 form for each defendant listed above; and

c.      Twenty-four (24) copies of the endorsed complaint filed May 4, 2009.

4.      Plaintiff need not attempt service on the defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.      <u>The failure to comply with this order will result in a recommendation that this action be dismissed.</u>


IT IS SO ORDERED.

**Dated:    September 30, 2009**                    **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE