# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>           Plaintiff,<br><br>      v.<br><br>R. NICHOLAS, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:09-cv-00800-AWI-GBC (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO DEPOSE PLAINTIFF BY VIDEO CONFERENCE<br>(Doc. 48) |

     Plaintiff Virgil E. Holt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2009.  (Doc. 1).  The scheduling order was issued on January 26, 2011 and this action is currently in the discovery phase.  (Doc. 37).  On August 24, 2011, Defendants filed a motion seeking leave to depose Plaintiff by video conference.

     Defendants' motion is HEREBY GRANTED.

 IT IS SO ORDERED.

Dated:   August 25, 2011

UNITED STATES MAGISTRATE JUDGE

1