1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9

VIRGIL E. HOLT,                              CASE NO. 1:09-cv-00800-AWI-GBC (PC)

10
                        Plaintiff,            ORDER GRANTING SECOND MOTION TO
                                             EXTEND TIME TO RESPOND TO
11
          v.                                 PLAINTIFF'S DISCOVERY REQUESTS

12
R. NICHOLAS, et al.,                         ORDER GRANTING MOTION TO AMEND
                                             DISCOVERY AND SCHEDULING ORDER
13
                        Defendants.
                                             Discovery Cut-Off Date - 03/20/2012
14                                           Dispositive Motion Deadline - 04/17/2012

15
_____/            (Doc. 58)

16

17      **I.      Factual and Procedural Background**

18           Plaintiff Virgil E. Holt, a state prisoner proceeding pro se and in forma pauperis, filed this

19      civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2009.  Doc. 1.  This action is proceeding

20      on Plaintiff's second amended complaint filed on April 8, 2010, against: 1) Defendants R. Nicholas,

        A. Holguin, J. Ortega, L. Machado, J. Juden, G. Adame, F. Rivera, R. Valverde, D. Coontz, M.
21
        Bubbel, K. Prior, J. Tyree, Large, Soto, Yubeta, Worrell, Vo, Knight, T. Crouch, Pinkerton, and
22
        Valasco for violation of the Eighth Amendment; 2) Defendant Holguin for retaliation in violation
23
        of the First Amendment and 3) Defendants Carrasco and D. Zanchi for supervisory liability.  Doc.
24
        21; Doc. 23, Doc. 28.[1]
25

26      _____

27           [1] Defendants Hopkins, Eubanks, Nipper Stevenson and Lundy were dismissed pursuant to the order filed
        September 3, 2010, adopting the Court's findings and recommendations.  Doc. 28.  Defendant "Crouch" was
28      dismissed regarding counts 12, 14, 15 for due process and retaliation, however, the Court found a cognizable Eighth
        Amendment Claim Defendant "T. Crouch."  Doc. 23 at 3, 8; Doc. 28.

On January 26, 2011, the Court issued a discovery and scheduling order which set the discovery deadline at September 26, 2011 and dispositive motion deadline at December 6, 2011. Doc. 37. On December, 2011, Defendants filed a motion for a second extension of time to respond to Plaintiff's discovery requests and motioned to modify the discovery and scheduling order. Doc. 58. Defendants request a sixty day extension to prepare and serve sixty-nine responses to Plaintiff's discovery requests and to allow an additional sixty days to the dispositive motion deadline. The Court grants Defendants' motions for extension and amendment of the scheduling order. Doc. 58. As Plaintiff will need time to review any discovery provided by Defendants, the Court will extend the deadlines as follows:

1.   Defendants motion for extension to respond to Plaintiff's discovery requests is GRANTED and Defendants have SIXTY (60) days from service of this order to respond to Plaintiff's discovery requests.

2.   The parties are advised that the deadline for the completion of all discovery, including filing motions to compel, shall be 03/20/2012;

3.   The deadline for filing pre-trial dispositive motions shall be 04/17/2012;[2]

3.   **A request for an extension of a deadline set in this order must be filed on or before the expiration of the deadline in question**; and

4.   **Extensions of time will only be granted on a showing of good cause.**

IT IS SO ORDERED.

Dated:    December 6, 2011

UNITED STATES MAGISTRATE JUDGE

---

[2] The pre-trial dispositive motion deadline does not apply to the filing of unenumerated Rule 12(b) motions to dismiss for failure to exhaust.  Unenumerated Rule 12(b) motions for failure to exhaust must be filed on or before the deadline separately set forth in the previous scheduling order.