UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>R. NICHOLAS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-00800-AWI-GBC (PC)<br><br>ORDER PERMITTING PLAINTIFF OPPORTUNITY TO WITHDRAW OPPOSITION AND FILE AMENDED OPPOSITION IN LIGHT OF SEPARATELY-ISSUED SUMMARY JUDGMENT NOTICE<br><br>(Doc. 79; Doc. 86)<br><br>TWENTY-ONE DAY DEADLINE |

**I.    Procedural History and *Woods v. Carey***

Plaintiff Virgil E. Holt, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 4, 2009. Doc. 1. On June 11, 2012, Defendants filed a motion for summary judgment. Doc. 79. On August 1, 2012, Defendants filed a notice pursuant to *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998). Doc. 86.

On July 6, 2012, the Ninth Circuit found that the notice and warning of requirements for opposing a defendant's motion for summary judgment should be issued contemporaneously when a defendant files a motion for summary judgment. *Woods v. Carey*, --- F.3d ---, 2012 WL 2626912, at * 4 (9th Cir. Jul. 6, 2012). In order to address the time delay between providing notice and the filing of Defendants' motion, Defendants filed a notice to Plaintiff, in accordance with *Woods*. Doc. 86.

///

1

**II.   Plaintiff has Option to (1) Stand on Existing Opposition to Motion for Summary Judgment or (2) File Amended Opposition Per Amended Second Informational Order**

In light of the separately-issued notice pursuant to *Woods*, the Court will provide Plaintiff with two options upon receipt of this order. Plaintiff may either: 1) <u>stand</u> on his previously-filed opposition; or 2) <u>withdraw</u> the existing opposition and <u>file an amended</u> opposition.

Accordingly, it is HEREBY ORDERED that:

1. Within **twenty-one (21) days** from the date of service of this order, Plaintiff may elect to:
    a. <u>Stand</u> on his existing opposition already submitted to the Court; or
    b. <u>Withdraw</u> his opposition and <u>file an amended</u> opposition;
2. If Plaintiff does not elect to file an amended opposition in response to this order within **twenty-one (21) days**, the Court will consider his existing opposition in resolving Defendants' motion for summary judgment;
3. If Plaintiff elects to file an amended opposition, the Court will not consider Defendants' existing reply; and
4. Defendants may file an amended reply pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated:   August 8, 2012

_____
UNITED STATES MAGISTRATE JUDGE