UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>           Plaintiff,<br><br>      v.<br><br>R. NICHOLAS, et al.,<br><br>           Defendants. | Case No.: 1:09-cv-00800-AWI-SAB (PC)<br><br>ORDER SETTING NEW DISPOSITIVE DEADLINE OF **APRIL 30, 2014** TO FILE FURTHER RESPONSE TO SECOND AMENDED COMPLAINT |

Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 27, 2013, Defendants' motion for summary judgment was denied without prejudice to re-filing in accordance with a new dispositive motions deadline, following resolution of any potential motions to compel. The matter was referred back to the undersigned "for the purpose of ruling on Plaintiff's motion to compel, setting a new dispositive motions deadline, and possibly setting a new discovery deadline." (ECF NO. 115, at 3:12-14.)

Subsequent to the September 27, 2013, order, Plaintiff filed a motion to compel on October 28, 2013, and Defendants filed an opposition on November 18, 2013. (ECF Nos. 118, 120.)

On January 22, 2014, the undersigned denied in part and granted in Plaintiff's motion to compel. Any response to the motion was ordered due within thirty days from the date of service of the order.

1

1 | Because any discovery issues have now been resolved, the Court hereby directs Defendants to
2 | file a further response to the second amended complaint on or before **April 30, 2014**.

4 | IT IS SO ORDERED.

5 | Dated: **March 24, 2014**

6 | UNITED STATES MAGISTRATE JUDGE