1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11  VIGIL E. HOLT,                          ) Case No.: 1:09-cv-00800-AWI-SAB (PC)
                                            )
12              Plaintiff,                  ) ORDER TO SHOW CAUSE WHY DOES 1
                                            ) THROUGH 5, AND 7 THROUGH 10 SHOULD
13       v.                                 ) NOT BE DISMISSED FROM THE ACTION
                                            )
14  R. NICHOLAS, et al.,                    )
                                            )
15              Defendants.                 )
                                            )
16  _____  )

17       Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action
18  pursuant to 42 U.S.C. § 1983.
19       This action is proceeding on Plaintiff's second amended complaint against Defendants R.
20  Nicholas, A. Holguin, J. Ortega, L. Machado, J. Juden, G. Adame, F. Rivera, R. Valverde, D. Cootnz,
21  M. Bubbel, K. Prior, J. Tyree, Large, Soto, Yuberta, Worrell, Vo, Knight, T. Crouch, Pinkerton,
22  Velasco for violation of the Eighth Amendment, and against Defendants Carrasco and D. Zanchi for
23  supervisory liability.  In the Court's screening order, it was also found that Plaintiff stated a cognizable
24  claim for failure to intervene against Doe 1, and a cognizable claim for deliberate indifference to a
25  serious medical need in violation of the Eighth Amendment against Does 1 through 5, and 7 through
26  10.  (ECF No. 23, at pp. 7-8.)
27
28

                                                    1

Defendants Nicholas, A. Holguin, J. Ortega, L. Machado, J. Juden, G. Adame, F. Rivera, R. Valverde, D. Cootnz, M. Bubbel, K. Prior, J. Tyree, Large, Soto, Yuberta, Worrell, Vo, Knight, T. Crouch, Pinkerton, Carrasco, and D. Zanchi have moved for summary judgment. (ECF No. 123.)

In this instance, Plaintiff has been given ample opportunity to conduct discovery and to file an amended complaint as to the identity of the "Doe" Defendants, yet he has failed to do. Accordingly, Plaintiff is directed to show cause within **thirty (30)** days from the date of service of this order as to why these "Doe" Defendants should not be dismissed from the action.

IT IS SO ORDERED.

Dated:   **January 27, 2015**

UNITED STATES MAGISTRATE JUDGE

2