|   |   |
|---|---|
| | **UNITED STATES DISTRICT COURT** |
| | **EASTERN DISTRICT OF CALIFORNIA** |

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. NICHOLAS, et al.,<br><br>　　　　Defendants. | Case No.: 1:09-cv-00800-AWI-SAB (PC)<br><br>AMENDMENT TO SECOND SCHEDULING ORDER<br><br>[ECF Nos. 149, 150] |

　　　　Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 30, 2015, the Court issued a second scheduling order. (ECF No. 149.)

　　　　On August 17, 2015, Plaintiff filed a motion for clarification of the second scheduling order. (ECF No. 150.) Plaintiff correctly points out that the second scheduling order inadvertently omitted the fact that the action is proceeding against Defendant Nicholas, Holguin, Ortega, Machado, and Juden on Plaintiff's claim of deliberate indifference to a serious medical need in addition to the excessive force and failure to intervene.

///

///

///

///

Accordingly, the second scheduling order is amended to reflect that this action proceeds against Defendants Nicholas, Holguin, Ortega, Machado, and Juden for excessive force, failure to intervene and deliberate indifference to a serious medical need, and against Defendant Velasco for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

IT IS SO ORDERED.

Dated:   **August 19, 2015**

UNITED STATES MAGISTRATE JUDGE