UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>           Plaintiff,<br><br>      v.<br><br>R. NICHOLAS, et al.,<br><br>           Defendants. | Case No.: 1:09-cv-00800-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Nicholas, Holguin, Ortega, Machado, and Juden for excessive force, failure to intervene and deliberate indifference to a serious medical need, and against Defendant Velasco for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

On September 4, 2015, this action was reassigned to the undersigned for all purposes and the prior trial date set before District Judge Anthony W. Ishii was vacated.  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. A telephonic scheduling hearing will be held on **September 14, 2015, at 10:00 a.m.**, in Courtroom 9 before the undersigned; and

2. Defense Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **September 4, 2015**

UNITED STATES MAGISTRATE JUDGE

2