# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL HOLT,<br><br>    Plaintiff,<br><br>    v.<br><br>R. NICHOLAS, et al.,<br><br>    Defendants. | Case No. 1:09-cv-0800-AWI-SAB-PC<br><br>ORDER DIRECTING OFFICE OF THE CLERK TO TERMINATE CONSTANCE PICCIANO AS ATTORNEY OF RECORD FOR DEFENDANT |

On September 4, 2015, Defendants filed a notice requesting that Constance Picciano be removed from the docket and no longer be reflected on the docket as counsel for Defendants. The request is supported by declaration of counsel that Ms. Picciano has retired from the Attorney General's Office.

Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall modify the docket to remove Constance Picciano as an attorney of record for Defendants.

IT IS SO ORDERED.

Dated:   **September 9, 2015**

UNITED STATES MAGISTRATE JUDGE

1