UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>          Plaintiff,<br><br>    v.<br><br>R. NICHOLAS, et al.,<br><br>          Defendants. | Case No.: 1:09-cv-00800-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDERED TELEPHONIC SETTLEMENT CONFERENCE<br><br>[ECF No. 161] |

      Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

      This case is currently set for jury trial before the undersigned on January 19, 2016.

      Now pending before the Court is Plaintiff's motion for a court ordered telephonic settlement conference, filed September 24, 2015. (ECF No. 161.)

      On August 24, 2015, the Court directed the parties to submit confidential statements regarding case selection for the prisoner settlement program. (ECF No. 152.) In that order the Court stated that after submission of the confidential statements, "[s]hould the Court determine this action to be appropriate for referral to the Prisoner Settlement Program, the Court will set this matter for a settlement conference before a magistrate judge or district judge." (ECF No. 152, Order at 2:3-5.)

///

///

1

Having received the confidential statements from the parties, the Court has determined that a settlement conference would not be beneficial in this case at this time. Accordingly, Plaintiff's present motion for a court ordered telephonic settlement conference is DENIED without prejudice

IT IS SO ORDERED.

Dated:   **September 28, 2015**

UNITED STATES MAGISTRATE JUDGE