FILED
NOV 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>Plaintiff,<br><br>v.<br><br>R. NICHOLAS, et al.,<br><br>Defendants. | Case No. 1:09-cv-00800- SAB (PC)<br><br>NOTICE AND ORDER THAT INMATE VIRGIL E. HOLT, CDCR # H-17313, IS NO LONGER NEEDED IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 177) |

A settlement conference commenced in this action on November 30, 2015. Inmate **VIRGIL E. HOLT, CDCR # H-17313,** has appeared and he is no longer needed by the Court as a party in these proceedings. To the extent possible, the Court requests that Plaintiff be returned to California State Prison, Los Angeles County in Lancaster, California, as soon as practicable. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated: November 30, 2015      _____
                              UNITED STATES MAGISTRATE JUDGE