UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>            Plaintiff,<br><br>      v.<br><br>R. NICHOLAS, et al.,<br><br>            Defendants. | Case No.: 1:09-cv-00800-SAB (PC)<br><br>ORDER REQUIRING PARTIES TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN THIRTY DAYS |

On November 30, 2015, Magistrate Judge Michael J. Seng held a settlement conference and the parties reached a settlement resolving this action. Accordingly, all trial dates were vacated on that same date.

Within **thirty (30)** days from the date of service of this order, the parties shall file dispositional documents.

IT IS SO ORDERED.

Dated:   **January 11, 2016**

UNITED STATES MAGISTRATE JUDGE

1