UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGIL E. HOLT,<br><br>        Plaintiff,<br><br>    v.<br><br>R. NICHOLAS, et al.,<br><br>        Defendants. | Case No.: 1:09-cv-00800-SAB (PC)<br><br>SECOND ORDER DIRECTING DEFENDANTS TO SUBMIT DISPOSITIONAL DOCUMENTS WITHIN TWENTY DAYS<br><br>[ECF Nos. 181, 186] |

       Plaintiff Virgil E. Holt is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

       On November 30, 2015, Magistrate Judge Seng held a settlement conference and the parties reached a settlement resolving this action. Accordingly, all trial dates were vacated on that same date. On January 11, 2016, the Court directed the parties to file dispositional documents within thirty days. (ECF No. 186.)

       The thirty day time frame has expired, and dispositional documents have not been filed. Indeed, on February 11, 2016, Plaintiff filed a declaration indicating that dispositional documents have not be filed or submitted to him for review. (ECF No. 186.)

///

///

///

1

It is HEREBY ORDERED that Defendants shall file dispositional documents within **twenty (20)** days from the date of service of this order. Local Rule 160. Failure to comply with this order may result in the imposition of sanctions pursuant to Local Rules 160 and 272.

IT IS SO ORDERED.

Dated:   **February 23, 2016**

UNITED STATES MAGISTRATE JUDGE